**BALL v INDUSTRIAL COMMISSION**

Ohio Appeals, 6th Dist, Lucas Co

Decided Dec 9, 1935

Fritsche & Winchester, Toledo, for plaintiff in error.

Frank W. Calkins, Toledo, for defendant in error.

For full opinion see 5 OO 516; 52 Oh Ap 1.